*NOTE: ATTACH THIS FORM TO THE WARRANT WHEN MAKING THE RETURN.  THE AGENT WHO SERVED THE WARRANT ON THE SERVICE PROVIDER SHOULD BE THE PERSON WHO FILLS OUT THIS FORM.*

## RETURN FOR GPS/CELL SITE WARRANT

This return is being submitted pursuant to Federal Rule of Criminal Procedure 41(f)(2) in relation to the court-authorized warrant in case no. 2:19-MJ-04941 (the "Warrant").  The Warrant was signed on November 20, 2019 by the Hon. Frederick F. Mumm, United States Magistrate Judge.

The Warrant authorized the disclosure of GPS and/or cell-site information relating to the following telephone[s]: the **Subject Telephone[s]**, as described in the Warrant.  Attached hereto is a log containing the dates, times, and time period during which the Warrant was used to obtain cell-site and/or GPS information from the service provider(s) for the **Subject Telephone[s]**.

I declare under penalty of perjury that I am an officer involved in the execution of this warrant, that this is a true notation of the date and time of installation and the period of use for the **Subject Telephone[s]** pursuant to the Warrant, and that this was returned along with the Warrant to the designated judge through a filing with the Clerk's Office.

4/22/2020
DATE

Ethan M. Suntrup, Special Agent
Drug Enforcement Administration

| Ping Set #1 | | | Initial Pings | |
|---|---|---|---|---|
| Target # | Phone Number | Provider | Start Date | End Date |
| TT33 | 760-992-1237 | T-mobile | 21-Nov-19 | 5-Dec-19 |
| TT33 | 760-992-1237 | T-mobile | 10-Dec-19 | 14-Dec-19 |